

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2022

No. 04-22-00043-CR

James Edward **STRIBLIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR8935
Honorable Sid L. Harle, Judge Presiding

# O R D E R

In 2017, a jury convicted appellant of murder, and this court affirmed. *Striblin v. State*, No. 04-17-00826-CR, 2019 WL 1049233 (Tex. App.—San Antonio Mar. 6, 2019, pet. ref'd). On October 14, 2019, appellant pro se filed a "Motion for Recusal and Change of Venue from Judge." On December 29, 2021, the Honorable Sid L. Harle, Presiding Judge of the Fourth Judicial Region of Texas, denied the motion on the basis that "the cases were disposed of and nothing is pending in front of Judge Moore." On January 13, 2022, appellant filed a notice of appeal seeking a direct appeal of this denial.

Only the Court of Criminal Appeals has jurisdiction to grant post-conviction release from confinement for persons with a felony conviction. TEX. CODE CRIM. PROC. art. 11.07, § 3; *Hoang v. State*, 872 S.W.2d 694, 697 (Tex. Crim. App. 1993); *In re Stone*, 26 S.W.3d 568, 569 (Tex. App.—Waco 2000, orig. proceeding). As an intermediate appellate court, it appears we lack jurisdiction over this case. *See* TEX. CODE CRIM. PROC. art. 11.07, § 5 ("After conviction the procedure outlined in this Act shall be exclusive and any other proceeding shall be void and of no force and effect in discharging the prisoner."); *Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for the Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995) (orig. proceeding); *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig. proceeding).

We, therefore, ORDER appellant to show cause **no later than February 11, 2022** why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended until further order of the court.


Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2022.

MICHAEL A. CRUZ, Clerk of Court